No. 96–9335. JAMISON v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 96–9336. JAMES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–9337. LANG v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–9338. ANDERSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–9339. MARTINEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–9340. LAVERTU v. BOROFSKY, LEWIS & AMODEO-VICKERY. Dist. Ct. N. H., City of Portsmouth. Certiorari denied.

No. 96–9342. POSEY v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 96–9343. JIMENEZ RUIZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–9344. PURCELL ET UX. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9346. BACON v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–9347. BECHARA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–9348. ROUDEBUSH v. OHIO. Ct. App. Ohio, Wayne County. Certiorari denied.

No. 96–9349. BROWN v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 96–9350. ADAMS v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.